UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY LOREN MITCHELL, JR., | ) Case No. EDCV 07-448 DDP(JC) |
| Petitioner, | ) (~~PROPOSED~~) |
| v. | ) ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND |
| RICHARD SUBIA, Warden, | ) RECOMMENDATIONS OF UNITED STATES MAGISTRATE |
| Respondent. | ) JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Corrected Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition"), and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS ORDERED that, as the Petition is "mixed," and as petitioner, who is represented by counsel, has not amended the Petition to delete his unexhausted claims/predicate by the deadline to file objections to the Report and Recommendation, and has filed a Statement of Non-Opposition to the Report and Recommendation, the Petition and this action are dismissed without prejudice and Judgment is to be entered accordingly.

///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2  Judgment and the Report and Recommendation on counsel for petitioner and
3  respondent.
4  IT IS SO ORDERED.
5  DATED: May 27, 2015

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE