UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY LOREN MITCHELL, JR., | ) Case No. EDCV 07-448 DDP(JC) |
| Petitioner, | ) (PROPOSED) |
| v. | ) JUDGMENT |
| RICHARD SUBIA, Warden, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative Corrected Petition for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed without prejudice.

DATED: May 27, 2015

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE